## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 24-61834-CIV-SMITH

AMIN LAKHANI,

     Plaintiff,

v.

SWG FTL LLC d/b/a RHYTHM & VINE,

     Defendant.

_____/

### ORDER OF DISMISSAL

This cause is before the Court upon Plaintiff's Notice of Dismissal without Prejudice [DE 7]. Upon consideration, it is

**ORDERED** that:

1. This case is **DISMISSED without prejudice**.

2. The case is **CLOSED.**

**DONE AND ORDERED** in Fort Lauderdale, Florida this 10th day of December, 2024.

_____

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record